

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| ROGER ISCH | DOCKET NO. 2:08-cv-742 |
|---|---|
| VS. | JUDGE TRIMBLE |
| ROBIN A. POOLE, DIRECT GENERAL INSURANCE COMPANY OF MISSISSIPPI, AND ERIE INSURANCE EXCHANGE | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the jointly filed Motion to Remand [Doc. 8] be, and it is hereby GRANTED and the Clerk of Court is hereby directed to prepare a copy of the record and forward the same to the 14th Judicial District Court for further proceedings.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of September, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE